IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN B. O'NEAL, III, | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO. CV 196-00028 |
| | ) | |
| VS. | ) | |
| | ) | |
| JEANETTE G. GARRISON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED ORDER

On December 26, 2001, this Court entered a Minute Order in which only the plaintiff was granted the right to conduct discovery even though both plaintiff and defendants had requested additional time to do so.

THEREFORE, IT IS HEREBY ORDERED that the Court's Minute Order of December 26, 2001 is AMENDED to allow both plaintiff and defendants three months to conduct discovery.

This 10 day of January, 2002.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

PRESENTED BY:

_____
THOMAS W. TUCKER
ATTORNEY FOR G. WAYNE PELOQUIN

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   1:96-cv-00028
Date Served:   January 10, 2002
Served By:     Sherry L. Taylor

Attorneys Served:

David E. Hudson, Esq.
Thurbert E. Baker, Esq.
William W. Calhoun, Esq.
Richard H. Goolsby, Esq.
Barry J. Armstrong, Esq.
Phillip A. Bradley, Esq.
Alan Gantzhorn, Esq.
Brenda Sue Hill Cole, Esq.
Thomas William Tucker, Esq.
Charles C. Stebbins III, Esq.
Richard E. Miley, Esq.

✓ Copy placed in Minutes

✓ Copy given to Judge

___ Copy given to Magistrate