# United States District Court
## Southern District of Georgia
Augusta Division

| | | |
|---|---|---|
| JOHN B. O'NEAL, III | * | |
| | * | CASE NUMBER  CV 196-28 |
| VS | * | |
| JEANETTE G. GARRISON; G. WAYNE PEOLOQUIN; MASTER HEALTH PLAN, INC. AND CHRISTOPHER GARRISON, Individually and as Trustee of certain trusts | * * * | |
| | * | |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this __5th__ day of __MARCH__, 2002.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

479

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   1:96-cv-00028
Date Served:   March 6, 2002
Served By:     Sherry L. Taylor

Attorneys Served:

    David E. Hudson, Esq.
    Thurbert E. Baker, Esq.
    William W. Calhoun, Esq.
    Richard H. Goolsby, Esq.
    Barry J. Armstrong, Esq.
    Phillip A. Bradley, Esq.
    Alan Gantzhorn, Esq.
    Brenda Sue Hill Cole, Esq.
    Thomas William Tucker, Esq.
    Charles C. Stebbins III, Esq.
    Richard E. Miley, Esq.

✓ Copy placed in Minutes
✓ Copy given to Judge
___ Copy given to Magistrate